# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMMY MORNING, #B-20806, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 10-cv-935-MJR |
| ) | |
| PEOPLE of the STATE of ILLINOIS, ) | |
| ) | |
| Defendant. ) | |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Michael J. Reagan, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff Sammy Morning, and **IN FAVOR OF** Defendant People of the State of Illinois. Plaintiff shall recover nothing, and the action is **DISMISSED on the merits without prejudice,** the parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: July 14, 2011

                                                 NANCY J. ROSENSTENGEL, CLERK

                                                 By: s/ Tanya Kelley
                                                           Deputy Clerk

APPROVED:   /s/ Michael J. Reagan
                  Michael J. Reagan
                  United States District Judge